**MESIVTAH EITZ CHAÏM OF BOBOV INC., Petitioner**

v.

**PIKE COUNTY BOARD OF ASSESSMENT APPEALS, Respondent**

**Delaware Valley School District and Delaware Township, Intervenors.**

Supreme Court of Pennsylvania.

Feb. 9, 2011.

## ORDER

PER CURIAM.

AND NOW, this 9th day of February, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the following issue:

Whether the Pennsylvania Legislature's enactment of criteria in Act 55 for determining if an organization qualifies as a "purely public charity" under Pennsylvania's Constitution is deserving of deference in deciding whether an organization qualifies as a "purely public charity" under Pennsylvania's Constitution, or has the test provided in *Hospital Utilization Project v. Commonwealth,* 507 Pa. 1, 487 A.2d 1306 (1985), occupied the constitutional field, leaving no room for legislative influence and input?